# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Salvador Juarez-Cruz,<br>A208 552 646<br>*Defendant* | )<br>)<br>) Case No.  16-173MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of April 25, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Salvador Juarez-Cruz, an alien, was found in the United States of America at or near Sentinel, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about November 25, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*
Ramon L. Rivera
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 27, 2016

*Judge's signature*

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Ramon L. Rivera, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about April 25, 2016, Border Patrol Agent Kathleen Kaufman encountered an individual near Sentinel, in the District of Arizona. Agent Kaufman identified herself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Salvador Juarez-Cruz, admitted to being a citizen and national of a country other than the United States and unlawfully present in the United States. Juarez-Cruz was transported to the Ajo Border Patrol Station for further processing. Juarez-Cruz was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Salvador Juarez-Cruz to be a citizen of Mexico and a previously deported criminal alien. Juarez-Cruz was removed from the United States to Mexico through Del Rio, Texas, on or about November 25, 2015, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Salvador Juarez-Cruz in any Department of Homeland Security database to

1

suggest that Juarez-Cruz obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Juarez-Cruz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Salvador Juarez-Cruz was convicted of Re-entry of a Removed Alien, a felony offense, on November 23, 2015, in the United States District Court, District of New Mexico. Juarez-Cruz was sentenced to a term of thirty-three (33) days of imprisonment or time served, whichever is less. Juarez-Cruz's criminal history was matched to him by electronic fingerprint comparison.

5. On April 26, 2016, Salvador Juarez-Cruz was advised of his constitutional rights. Juarez-Cruz freely and willingly acknowledged his rights and did agree to provide a statement under oath. Juarez-Cruz stated that his true and correct name is Salvador Juarez-Cruz and that he is a citizen of Mexico. Juarez-Cruz stated that he entered the United States illegally by walking through the desert near Sonoyta, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 25, 2016, Salvador Juarez-Cruz, an alien, was found in the United States of America at or near Sentinel, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about November 25, 2015, and not having obtained the express consent of the Secretary of the Department of

Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).


_____
Ramon L. Rivera
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 27th day of April, 2016.

_____
Michelle H. Burns
United States Magistrate Judge